IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALESSANDRA GALIOTO, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | : | No. 14-cv-05146 |
| Defendant | : | |

## ORDER

AND NOW, this 19 day of April, 2016, upon consideration of Plaintiff's request for review and supporting memorandum of law (Doc. Nos. 3 and 11), Defendant's response, (Doc. No. 14), and Plaintiff's reply (Doc. No. 16), and after careful and independent review of the Report and Recommendation of United States Magistrate Judge Richard A. Lloret, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review (Doc. No. 3) is GRANTED, and the matter is REMANDED to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation (Doc. No. 17);

3. JUDGMENT IS ENTERED in favor of Plaintiff, REVERSING the decision of the Commissioner of Social Security for purpose of this remand only; and,

4. The Clerk of Court shall mark this case CLOSED for all purposes.

SO ORDERED:

/s/ Eduardo C. Robreno
HON. EDUARDO C. ROBRENO
U.S. District Court Judge